JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANDRE LARRY,** | ) | NO. CV 13-08577-MMM (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **J. SOTO, WARDEN,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE